[No. 73650-7-I.   Division One.   January 23, 2017.]

SURAJ PINTO, *Appellant*, v. GREGORY VAUGHN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-23326-4, Sean Patrick O'Donnell, J., entered June 12 and October 26, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Mann, JJ.

[No. 73748-1-I.   Division One.   January 23, 2017.]

THE ESTATE OF BARBARA BRANDES, *Respondent*, v. BRAND INSULATIONS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-21662-9, William L. Downing, J., entered July 17, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Becker, J.

[No. 73839-9-I.   Division One.   January 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. HAIDER T. AL-SHIBLAWI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-8-00481-0, John P. Erlick, J., entered July 15, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 73919-1-I.   Division One.   January 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS V. GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-1-00540-8, Deborra Garrett, J., entered August 26, 2015. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Becker and Spearman, JJ.